In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by New Yorkers for Parks et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by Brad Hoylman et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by New York State Conference of Mayors and Municipal Officials et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015